UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSHUA DEWAYNE FOLDS, #644342, Plaintiff, | ) | |
| | ) | No. 1:25-cv-1419 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| PAUL JENSEN, *et al.*, Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff Joshua Folds, a prisoner under the control of the Michigan Department of Corrections, alleges the defendants violated his civil rights. Several defendants filed a motion for summary judgment asserting that Plaintiff did not exhaust his administrative remedies. ECF No. 14. The Magistrate Judge issued a report recommending the court grant the motion. ECF No. 22.

After being served with a report and recommendation issued by a magistrate judge, a party has fourteen days to file written objections to the proposed findings and recommendations. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). A district court judge reviews de novo the portions of the R&R to which objections have been filed. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). Only those objections that are specific are entitled to a de novo review under the statute. *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986) (per curiam). An "objection does not oblige the district court to ignore the report and recommendation." *Fharmacy Recs. v. Nassar*, 465 F. App'x 448, 456 (6th Cir. 2012). Our Local Rules require any party objecting to a report and recommendation to "specifically

identify the portions of the proposed findings, recommendations or report to which objections are made and the basis for such objections." W.D. Mich. LCivR 72.3(b); *see also Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995) (holding that "objections disput[ing] the correctness of the magistrate's recommendation but fail[ing] to specify the findings . . . believed [to be] in error" are too general).

Plaintiff filed an objection to the report and recommendation. ECF No. 24. Plaintiff fails to articulate any specific legal or factual objection to the report and recommendation. Accordingly, his objections are too vague, and the court will summarily reject them. *See Fharmacy Recs.*, 465 F. App'x at 456; *Miller*, 50 F.3d at 380.

The court **ADOPTS** the report and recommendation. ECF No. 22. The court GRANTS Defendants' motion for summary judgment. ECF No. 14. **IT IS SO ORDERED.**

Date: September 29, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge